# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ADELA AVITTA, | CASE NO. 17cv2440-LAB (JLB) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Three weeks ago, the Court dismissed Avitta's complaint with prejudice as frivolous and failing to state a claim. [Dkt. 7.] She filed a motion for reconsideration. Courts may grant a motion for reconsideration based on any reason that justifies relief. Fed. R. Civ. P. 60(b)(6). But these motions are disfavored absent new evidence, a change in law, or clear error. And the Court requires parties to seek leave before filing for reconsideration. Standing Order § 4. Avitta's motion is difficult to decipher, and the Court can't find any justification for relief. She says that the Court improperly dismissed the case "before any attorney was assigned" to her in violation of her constitutional rights. That's incorrect. A court may appoint counsel under exceptional circumstances, but otherwise, citizens aren't entitled to counsel in a civil case. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). The motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: 1-9-18

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge